1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMION SKELTON, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>IDEXX DISTRIBUTION, INC., a Massachusetts corporation; DOE EMPLOYEE, an individual; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 2:24-CV-02531-DJC-CSK<br><br>**ORDER GRANTING STIPULATION TO CONTINUE FACT AND EXPERT DISCOVERY DEADLINES**<br><br>[Sacramento County Superior Court Case No. 24CV014958]<br><br>Action Filed:    7/25/2024<br>Trial Date:       8/3/2026 |

1
ORDER

# ORDER GRANTING

## STIPULATION TO CONTINUE DISCOVERY DEADLINES

The Court, having reviewed the Joint Stipulation submitted by Plaintiff Skelton and Defendant IDEXX Distribution Inc. (collectively, "the Parties"), and good cause appearing therefor, **IT IS HEREBY ORDERED:** The Parties' Joint Stipulation to continue the current fact and expert discovery deadlines is **GRANTED**. The Scheduling Order (ECF No. 10) and Order Granting Stipulation (ECF No. 19) is hereby modified as follows:

- **Fact Discovery Cutoff:** January 30, 2026
- **Expert Disclosure:** February 27, 2026
- **Rebuttal Expert Disclosure:** March 31, 2026
- **Expert Discovery Cutoff:** April 30, 2026

**IT IS FURTHER ORDERED** that no party shall file any motion for summary judgment, partial summary judgment, or any other Dispositive Motion in this action, and the portion of the Scheduling Order establishing a deadline for Dispositive Motions shall be deemed vacated.

**IT IS SO ORDERED.**

Dated:  December 11, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE