**BROCK & GONZALES, LLP**

6701 CENTER DRIVE WEST, SUITE 610
LOS ANGELES, CA 90045
Tel: (310) 294-9595
Fax: (310) 961-3673

D. AARON BROCK, STATE BAR NO. 241919
ab@brockgonzales.com
JESSE S. STRATOS, STATE BAR NO. 313429
js@brockgonzales.com
CORY H. HURWITZ, STATE BAR NO. 222206
ch@brockgonzales.com
KELSI D. STALEY, STATE BAR NO. 346359
ks@brockgonzales.com

Attorneys for Plaintiff
DAMION SKELTON

Charles L. Thompson, IV, SBN 139927
charles.thompson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:     415-442-4810
Facsimile:     415-442-4870

Attorneys for Defendant
IDEXX DISTRIBUTION, INC.

*Additional Counsel on next page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMION SKELTON, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>IDEXX DISTRIBUTION, INC., a Massachusetts corporation; DOE EMPLOYEE, an individual; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No.: 2:24-CV-02531-CSK<br><br>**JOINT STIPULATION TO CONTINUE FINAL STATUS CONFERENCE AND ALLOW THE PARTIES TO APPEAR REMOTELY; ORDER**<br><br>[Sacramento County Superior Court Case No. 24CV014958]<br><br>Action Filed:     7/25/2024<br>Trial Date:       8/3/2026 |

1

**JOINT STIPULATION TO CONTINUE FINAL STATUS CONFERENCE**

Jennifer L. Santa Maria, SBN 225875
jennifer.santamaria@ogletree.com
OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA 92122
Telephone: 858-652-3100
Facsimile: 858-652-3101

Attorneys for Defendant
IDEXX DISTRIBUTION, INC.

**JOINT STIPULATION TO CONTINUE FINAL STATUS CONFERENCE**

Plaintiff Damion Skelton ("Plaintiff") and Defendant IDEXX Distribution, Inc. ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, hereby submit this Joint Stipulation and respectfully request that the Court allow the parties to continue the Final Status Conference to allow the parties to appear remotely. This request is being made pursuant to Federal Rule of Civil Procedure 83 and L.R. 174 based on the following facts:

**WHEREAS**, on November 13, 2024, the Court set a Final Status Conference for June 4, 2026 at 1:30 p.m.

**WHEREAS**, the Parties have met and conferred and agree to request the Court reset the Final Status Conference to June 11, 2026 at 1:30 p.m. to allow the parties to appear remotely.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, subject to the Court's approval, that:

1. **Final Status Conference:**  The Final Status Conference shall be continued from June 4, 2026 to June 11, 2026 at 1:30 p.m., held remotely.

2. **No Prejudice:** The requested continuance will not prejudice any party, nor will it unduly delay the proceedings. The Parties are not seeking a continuance of the trial date but of the Final Status Conference only.

DATED:  June 1, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Charles L. Thompson*
Charles L. Thompson
Jennifer L. Santa Maria

Attorneys for Defendant
IDEXX DISTRIBUTION, INC.

3

**JOINT STIPULATION TO CONTINUE FINAL STATUS CONFERENCE**

DATED:  June __, 2026                    BROCK & GONZALES, LLP


                                         By:  /s/ *Cory H. Hurwitz*
                                              D. Aaron Brock
                                              Jesse S. Stratos
                                              Cory H. Hurwitz
                                              Kelsi D. Staley
                                              Attorneys for Plaintiff DAMION

                                              SKELTON

4

**JOINT STIPULATION TO CONTINUE FINAL STATUS CONFERENCE**

## <u>ORDER</u>

## <u>GRANTING CONTINUATION OF FINAL STATUS CONFERENCE</u>

The Court, having reviewed the Joint Stipulation submitted by Plaintiff Skelton and Defendant IDEXX Distribution Inc. (collectively, "the Parties"), and good cause appearing therefor, **IT IS HEREBY ORDERED:** The Parties' Joint Stipulation to Continue Final Status Conference is **GRANTED.** The scheduling order (Docket No. 10) is hereby modified as follows:

**Final Status Conference:  June 11, 2026 at 1:30 p.m., to be conducted remotely.  The Parties may appear by Zoom.**

**IT IS SO ORDERED.**

Dated:  June 1, 2026          /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**JOINT STIPULATION TO CONTINUE FINAL STATUS CONFERENCE**